# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT



DOCKET NUMBER: **21 CV 02331**

DATE FILED: **MAR 17 2021**

SIGNED BY: **JUDGE FURMAN**

DATE SIGNED: **MAR 12 2021**

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

__✓__ OTHER DOCUMENTS/EXHIBITS