UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                *Plaintiff*,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                *Defendant*. | Case No. 21-cv-2331 (VSB) |

### DECLARATION OF SERVICE

I, Joseph M. Caiazzo, hereby declare that on March 22, 2021, I caused to be served a true and correct copy of the Court's Order, dated March 19, 2021, by causing a paper copy to be sent by overnight delivery to the address listed below and an electronic copy to be sent to the email address listed below:

    Matthew Podolsky
    United States Attorney's Office, Southern District of New York
    One St. Andrew's Plaza
    New York, NY 10007
    matthew.podolsky@usdoj.gov

    *Counsel for the United States*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2021
       New York, NY

                                                               Joseph M. Caiazzo

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2021, a copy of the foregoing document was served on all parties by causing a paper copy to be sent by overnight delivery to the address listed below and an electronic copy to be sent to the email address listed below:

Matthew Podolsky  
United States Attorney's Office, Southern District of New York  
One St. Andrew's Plaza  
New York, NY 10007  
matthew.podolsky@usdoj.gov

*Counsel for the United States*

                                                                           Joseph M. Caiazzo