WILMERHALE

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

By CM/ECF

April 8, 2021

Hon. Vernon S. Broderick
United States District Court
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

    Re:  *Google LLC v. United States*, No. 21-cv-2331-VSB

Dear Judge Broderick:

    On behalf of Plaintiff Google LLC, I submit this letter motion for leave to file under seal Google's Reply in support of its sealed petition against the United States (ECF No. 2).  The Reply includes confidential information pertaining to a sealed criminal investigation.  In accordance with Rule 5.B.iii of the Court's Individual Rules and Practices, Google has conferred through counsel with the United States, which consents to the relief sought in this motion.

    Respectfully submitted,

    /s/ Peter G. Neiman

    Peter G. Neiman

    *Counsel for Google LLC*

cc: Counsel of Record (by email and CM/ECF)