```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                      :
GOOGLE LLC,                                   :
                                                      :
                       Plaintiff,           :
                                                      :                     21-cv-2331 (VSB)
                 -against-                   :
                                                      :                          **ORDER**
UNITED STATES OF AMERICA,       :
                                                      :
                                                      Defendant.   :
-------------------------------------------------------- X

        Before the Court is Google's letter motion dated April 8, 2021, (Doc. 10), pursuant to Rule 5B of this Court's Individual Rules and Practices, for entry of an order permitting it to file under seal its reply in support of its sealed petition against the United States.

        Upon consideration of the motion and for good cause shown, the Court GRANTS Google's motion. Accordingly, it is hereby:

        ORDERED that Google may file the forgoing papers entirely under seal.

SO ORDERED.

Dated: April 9, 2021
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge